**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 21-6369**

───────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

DONALD MCDUFFIN WILLIAMS,

        Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:16-cr-00165-GLR-1)

───────────

Submitted:  August 23, 2022                  Decided:  August 31, 2022

───────────

Before GREGORY, Chief Judge, KING, Circuit Judge, and KEENAN, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Donald McDuffin Williams, Appellant Pro Se.  Ayn Brigoli Ducao, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald McDuffin Williams appeals the district court's order denying his motions for compassionate release under 18 U.S.C. § 3582(c)(1)(A). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Williams*, No. 1:16-cr-00165-GLR-1 (D. Md. Feb. 16, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*